UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
PHIL DORAN, VICTORINO RAMIREZ, BORIS :
SHVATSMAN, NOEL COLLESSO, FELIX TEJADA, :   Civil Case No.: 20-cv-4311
ANDREW PARNELL, TOMAS CASTANEDA, JUAN :
FERNANDEZ, BALJAWAN MAHABIR, MIGUEL :
AQUINO and RUBEN SANTIAGO, on behalf of :   **RULE 7.1 STATEMENT**
themselves and all others similarly situated, :
:
                    **Plaintiffs,** :
:
  -vs- :
:
THE NEW YORKER HOTEL MANAGEMENT :
COMPANY, INC. and MCR NYH MANAGEMENT, :
LLC, :
:
------------------------------------------------------------------------x

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants, The New Yorker Hotel Management Company, Inc., and MCR NYH Management, LLC (a private non-governmental parties), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    None.

Dated: New York, New York
       July 24, 2020

                                    **KANE KESSLER, P.C.**

                                    By:   *s/ Dana M. Susman*
                                        Dana M. Susman
                                        Jennifer Schmalz
                                  666 Third Avenue, 23rd Fl.
                                  New York, New York 10017
                                  (212) 541-6222
                                  dsusman@kanekessler.com
                                  jschmalz@kanekessler.com

                                  *Attorneys for Defendants*