UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| PHIL DORAN, VICTORINO RAMIREZ, BORIS SHVATSMAN, NOEL COLLESSO, FELIX TEJADA, ANDREW PARNELL, TOMAS CASTANEDA, JUAN FERNANDEZ, BALJAWAN MAHABIR, MIGUEL AQUINO and RUBEN SANTIAGO, on behalf of themselves and all others similarly situated, | Civil Case No.: 20-cv-4311<br><br>**RULE 7.1 STATEMENT** |
| Plaintiffs, | |
| -vs- | |
| THE NEW YORKER HOTEL MANAGEMENT COMPANY, INC. and MCR NYH MANAGEMENT, LLC, | |

------------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants, The New Yorker Hotel Management Company, Inc., and MCR NYH Management, LLC (a private non-governmental parties), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

None.

Dated: New York, New York
July 24, 2020

**KANE KESSLER, P.C.**

By: *s/ Dana M. Susman*
    Dana M. Susman
    Jennifer Schmalz
666 Third Avenue, 23rd Fl.
New York, New York 10017
(212) 541-6222
dsusman@kanekessler.com
jschmalz@kanekessler.com

*Attorneys for Defendants*